UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BRAXTON,

                    Plaintiff,

-against-

CITY OF NEW YORK et al.,

                    Defendants.

Case No. 1:24-cv-06191 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      Plaintiff's motion to compel (Dkt. 6) is GRANTED for the reasons and to the extent stated on the record at the hearing on September 9, 2024. By September 16, 2024, the parties shall submit a joint letter regarding their views on when the statute of limitations expires on Plaintiff's state-law claims. The City of New York shall act reasonably swiftly and in good faith in searching for the names of the defendants identified by Plaintiff as John Does in an effort to produce that information to Plaintiff before the statute of limitations expires on Plaintiff's state-law claims. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 6.

Dated: September 9, 2024
       New York, New York

                                          SO ORDERED.

                                          JENNIFER L. ROCHON
                                          United States District Judge